UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. TAMMANY PARISH HOSPITAL ) <br> SERVICE DISTRICT NO. 1, D/B/A/ ) <br> ST. TAMMANY PARISH HOSPITAL ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRAVELERS PROPERTY CASUALTY ) <br> COMPANY OF AMERICA ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION <br><br> No. 07-1065 <br><br> SECTION "C", MAGISTRATE 4 <br><br> Judge Berrigan <br><br> Magistrate Judge Roby |

### TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S MOTION FOR SANCTIONS ARISING OUT OF PLAINTIFFS' EXPERT'S SPOLIATION OF EVIDENCE

**NOW INTO COURT**, through undersigned counsel, comes Travelers Property Casualty Company of America ("Travelers") which, for the reasons set forth in the accompanying Memorandum, respectfully moves this Court to issue an Order entering sanctions against Plaintiff because Plaintiff's testifying expert destroyed critical evidence upon which he relied in preparing his Rule 26(a)(2)(B) report and discarded prior drafts of his report.

**WHEREFORE**, Travelers respectfully requests an Order entering sanctions against Plaintiff.

Date: February 19, 2008

Respectfully submitted,

*s/Joseph P. Guichet*
Ralph S. Hubbard, III, #7040
Joseph P. Guichet, T.A., #24441
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
504-568-1990 (Telephone)
504-310-9195 (Facsimile)

Of Counsel:

Lon A. Berk (admitted *pro hac vice*)
Robert J. Morrow (admitted *pro hac vice*)
Syed S. Ahmad (admitted *pro hac vice*)
Hunton & Williams LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
703-714-7400 (Telephone)
703-918-4050 (Facsimile)

*Attorneys for Defendant*
*Travelers Property Casualty Company Of America*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Plaintiff's counsel by operation of the Court's electronic filing system.

*s/Joseph P. Guichet*
Joseph P. Guichet